FILED TIME PM3:17
2021 FEB 4 SPR

ADRIENNE D. ATKINS
CLERK, USBC CDIL

| Fill in this Information to identify the case: | | |
|---|---|---|
| Debtor 1 | TOBLER TRANSFER INC | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: Central District of Illinois | | |
| | (State) | |
| Case number: 85-80596 | | |

### Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $1,117.61 |
|---|---|
| Claimant's Name: | Norman Plotsky |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 11381 Prosperity Farms Rd # 457<br>Palm Beach Gardens FL 33410<br>(561) 625-2273 |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☒ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

[X]  Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
___Central___ District of ___Illinois___
318 S. 6th Street,
Springfield, IL 62701

---

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 1-18-21

Signature of Applicant: [signed]

Norman Plotsky
Printed Name of Applicant

Address:   11381 Prosperity Farms Rd # 457
           Palm Beach Gardens FL 33410

Telephone:   (561) 625-2273

Email:

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:

N/A
Signature of Co-Applicant (if applicable)

N/A
Printed Name of Co-Applicant (if applicable)

Address:

Telephone:

Email:

---

**6. Notarization**
STATE OF _Florida_
COUNTY OF _Palm Beach_

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _18_ day of _January_, 20_21_ by

_Norman Plotsky_

who signed above and is (personally known) to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public [signed]

CHARLENE MARIE THOMPSON
Notary Public - State of Florida
Commission # GG 956759
My Comm. Expires Feb 10, 2024
Bonded through National Notary Assn.

My commission expires:

**6. Notarization**
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ____ day of _____, 20____ by

_____

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public_____

My commission expires:

---