**IT IS SO ORDERED.**

**SIGNED THIS: February 22, 2021**

_____
**Thomas L. Perkins**
**United States Chief Bankruptcy Judge**

_____

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:   Tobler Transfer Incorporated                                          Case No.   85-80596

Debtor(s)

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon application for payment of unclaimed funds establishing that the claimant is properly entitled to said funds, and that in accordance with the provisions of 28 U.S.C. section 2042, the U.S. Attorney for the Central District of Illinois was provided a copy of the application;

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit to Norman Plotsky, the sum of one thousand one hundred seventeen dollars and sixty-one cents ($1,117.61), of unclaimed funds held in the U.S. Treasury.

Payment to be mailed to:

Norman Plotsky
11381 Prosperity Farms Rd #457
Palm Beach Gardens, FL 33410

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

###